# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:16CR256 |
| vs. | ) | |
| ALAN RUSSELL, | ) | ORDER |
| Defendant.. | ) | |

This matter is before the court on the Plaintiff's unopposed Motion to Continue Trial [97]. The plaintiff is seeking a continuance of the trial as co-counsel will be out of the office on leave through August 29, 2017. Defendants have complied with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the unopposed Motion to Continue Trial [97] is granted as follows:

1. The jury trial, now set for August 15, 2017 is continued to **August 29, 2017.**

2. The defendants have filed the affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 25, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED June 16, 2017.**

**BY THE COURT:**

**s/ Susan M. Bazis**
**United States Magistrate Judge**